# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **SANDRA FRANKS** | **CASE NO. 2:23-CV-01762** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO.** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 36] of the Magistrate Judge, recommending that the instant action be dismissed without prejudice for Plaintiff's failure to prosecute and failure to follow the rules and orders of this court.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the matter may be reinstated within thirty (30) days of this order for good cause shown in accordance with Local Rule 41.3.

**THUS DONE AND SIGNED** in Chambers on this 18th day of September, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**